726

[Civ. No. 9482. First Appellate District, Division One.—December 19, 1935.]

BETTY GACKSTETTER (a Minor), etc., Respondent, v. MARKET STREET RAILWAY COMPANY (a Corporation) et al., Appellants.

Abbott, Cannon, Appel & Dains, Walter H. Linforth and William M. Cannon for Appellants.

Vincent W. Hallinan and William F. Herron, for Respondent.

THE COURT.— The appeal in the above-entitled cause having been this day decided (*ante,* p. 713 [52 Pac. (2d) 998]) upon the merits, the motion heretofore made to affirm the judgment or dismiss the appeal becomes moot. The motion is therefore dismissed.